**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SAMAD SEFIANE,** | § | |
| **Plaintiff,** | § | |
| | § | **No. 1:19-CV-00026** |
| **v.** | § | |
| | § | |
| | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| **Defendant.** | § | |

**MEMORANDUM OPINION REGARDING VENUE**

Plaintiff, Samad Sefiane, proceeding *pro se*, requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to his application for widow disability-based benefits.

**Discussion**

The Plaintiff's complaint indicates that Plaintiff is a resident of Baytown, Harris County, Texas. Harris County is located in the Houston Division of the Southern District of Texas. As a result, this case should be transferred to the Houston Division of the Southern District of Texas, for the convenience of the parties and in the interest of justice. 28 U.S.C. §14.04. The Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED this the 28th day of January, 2019.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE